ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:25-po-00387-AC |
| | ) | |
| Plaintiff, | ) | [Proposed] ORDER TO DISMISS AND |
| | ) | VACATE BENCH TRIAL; CERTIFICATE OF |
| v. | ) | SERVICE |
| | ) | |
| LUIS E. MORALES, | ) | DATE:  March 16, 2026 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Allison Claire |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation number in Case Number 2:25-po-00387-AC is GRANTED.

It is further ordered that the bench trial scheduled on March 16, 2026, is vacated.

IT IS SO ORDERED.

Dated: January 23, 2026

_____
HON. ALLISON CLAIRE
United States Magistrate Judge

ORDER TO DISMISS AND VACATE BENCH
TRIAL                                    1                    U.S. v. LUIS E. MORALES